STATE OF NEW JERSEY v. WILLIE HOWARD.

October 8, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. DONALD LADLEE.

October 8, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH GROSSI.

October 8, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. REGINALD HUGHES, JR.

October 8, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. HAROLD STANCIL.

October 8, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN WILSON.

October 8, 1976. Petition for certification denied.